Dismissed and Memorandum Opinion filed February 12, 2009








Dismissed
and Memorandum Opinion filed February 12, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-01014-CV

____________

 

SOLOMON ISRAEL, Appellant

 

V.

 

AUTOTAINMENT PARTNERS, L.P. D/B/A PLANET FORD AND
WORLDWIDE AUTOTAINMENT, INC., Appellees

 

 



 

On Appeal from the 127th District Court

Harris County, Texas

Trial Court Cause No. 2005-40293

 



 

M E M O R
A N D U M   O P I N I O N

This
appeal is from a judgment signed October 22, 2007.  The clerk=s record was filed on December 20,
2007.  No reporter=s record was taken.  No brief was filed.








Appellant=s brief was originally due June 16,
2008.  Numerous extensions have been granted .  The last extension was granted
until January 12, 2009, with no further extensions.  On January 27, 2009,
appellant filed another request for extension of time, requesting sixty to
ninety days to file his brief.  On January 30, 2009, appellees filed a motion
to dismiss for want of prosecution.

Appellant=s motion for extension of time to
file his brief is denied.  Appellees= motion to dismiss the appeal for
want of prosecution is granted.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Justices Frost Brown and Boyce.